# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2730
_____

EARLE BRUCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua Hawkes, Judge.

March 27, 2024


PER CURIAM.

AFFIRMED. *See Trotter v. State*, 825 So. 2d 362, 365 (Fla. 2002) (noting "double jeopardy is not implicated in the context of a resentencing following an appeal of a sentencing issue").

LEWIS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Earle Bruce, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.